JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

JITENDER SINGH,

     Petitioner,

     v.

JAMES JANECKA, et al.,

     Respondents.

Case No. 5:26-cv-01414-ACCV

**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in Court's April 24, 2026 Order Granting Petition for Writ of Habeas Corpus.  (Dkt. No. 14.)

IT IS SO ORDERED.

DATED:  April 29, 2026     By _____

                     HON. ANGELA C. C. VIRAMONTES
                     United States Magistrate Judge